IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 4:25-CV-00185-D

| | |
|---|---|
| CINDY SOLES SMITH, Administratrix of the ESTATE OF MARK KEANNAN SMITH,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>XPO LOGISTICS FREIGHT, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | **AMENDED CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing **CIVIL COVER SHEET, NOTICE OF REMOVAL, DECLARATION OF DEVIN HONBARGER, and SUPPLEMENTAL REMOVAL COVERSHEET** including all referenced exhibits and other documents, with the Clerk of Court for the Eastern District of North Carolina by using the CM/ECF system on October 8, 2025.

Additionally, a copy of the **CIVIL COVER SHEET, NOTICE OF REMOVAL, DECLARATION OF DEVIN HONBARGER, and SUPPLEMENTAL REMOVAL COVERSHEET** including all exhibits thereto and other documents, was served by E-mail to Plaintiff's counsel at the following email addresses on October 9, 2025:

| | |
|---|---|
| J. William Owen<br>Musselwhite, Musselwhite, Branch & Grantham, P.A.<br>P.O. Box 1448<br>Lumberton, NC 28359<br>wowen@mmbglaw.com<br>*Counsel for Plaintiff Cindy Smith, Administratrix of the Estate of Mark K. Smith* | Jennifer Welch<br>Cranfill Sumner<br>P.O. Box 27808<br>Raleigh, NC 27611-7808<br>jwelch@cshlaw.com<br>*Counsel for Counterclaim-Defendant Cindy Smith, Administratrix of the Estate of Mark K. Smith* |

SIGNATURE PAGE TO FOLLOW:

1

This 9th day of October 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

By: **/s/ Devin Honbarger**
_____

Devin Honbarger
N.C. Bar No. 59513
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: dhonbarger@grsm.com
*Counsel for Defendant XPO Logistics Freight, Inc.*